# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CYNTHIA LOVE<br><br>      Plaintiff,<br><br>      v.<br><br>CLARENCE IVY SIMMONS, JR. aka COODIE, CHIKE ANTOINE OZAH, and NETFLIX, INC.,<br><br>      Defendants. | Case No. 1:23-cv-02392<br><br>Hon. Steven C. Seeger |

## DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Netflix, Inc., Clarence Ivy Simmons, Jr. and Chike Antoine Ozah ("Defendants") hereby move to dismiss the Complaint in this action for failure to state a claim upon which relief can be granted for the reasons stated in the attached Memorandum of Law in Support of Defendants' Motion to Dismiss.

Dated: May 15, 2023

Respectfully submitted,

*/s/ Natalie J. Spears*

DENTONS US LLP
Natalie J. Spears
Jacqueline A. Giannini
Victoria J. Noble
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
312-876-8000
natalie.spears@dentons.com
jacqui.giannini@dentons.com
victoria.noble@dentons.com

*Attorneys for Defendants Clarence Ivy Simmons, Jr. a/k/a Coodie, Chike Antoine Ozah, and Netflix, Inc.*

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing **DEFENDANTS' MOTION TO DISMISS** was filed with the Clerk of the Court on May 15, 2023 by using the CM/ECF system, which will send a notice of electronic filing to all registered users. I further certify that I caused a copy of the foregoing to be served upon the following via U.S. mail and electronic mail on this 15th day of May 2023:

MCKENNA STORER
Kristin D. Tauras
Andrew W. Bratzel
Joshua S. Worell
33. North LaSalle Street, Suite 1400
Chicago, IL 60602
(312) 558-3900
ktauras@mckenna-law.com
abratzel@mckenna-law.com
jworell@mckenna-law.com
service@mckenna-law.com

                                                  */s/ Natalie Spears*