# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CYNTHIA LOVE,

Plaintiff(s),

v.

CLARENCE IVY SIMMONS, JR. et al.,

Defendant(s).

Case No. 23-cv-2392
Hon. Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of defendants Clarence Ivy Simmons, Jr., Chike Antoine Ozah and Netflix, Inc. and against plaintiff Cynthia Love. The case is hereby dismissed with prejudice. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge            presiding, and the jury has rendered a verdict.
☐ tried by Judge           without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger on defendants' motion to dismiss. (Dckt. No. [11])

Date: 3/22/2024                    Thomas G. Bruton, Clerk of Court

                                   Jessica J. Ramos, Deputy Clerk